**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810   Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
Fabian Zazueta, #032687
admin@wb-law.com
*Attorneys for Defendants John Does Y and Z*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **John Does A through J,** | Case No. 2:18-CV-01485-SRB |
| **Plaintiffs,** | |
| v. | **ANSWER TO FIRST AMENDED COMPLAINT** |
| **Chandler Unified School District; Kenneth James, a single man, Individually and in his representative capacities as former Principal for Hamilton High School and as an employee of Chandler Unified School District; Shawn R. Rustad and Beth J.. Rustad, husband and wife, individually and in his representative capacities as former Athletic Director of Hamilton High School and as an employee of Chandler Unified School District, Steven P. Belles and Kirsten Belles, husband and wife, individually and in his representative capacities as former Head Football Coach and Teacher at Hamilton High School and as an employee of Chandler Unified School District; Manuel A. Palomarez and Stephanie Palomarez, husband and wife, individually and in his representative capacities as a former Football Coach and current Teacher at Hamilton High School and as an employee of Chandler Unified School District; John Does K through DD,** | **(JURY TRIAL DEMANDED)** |
| **Defendants.** | |

Comes Now JOHN DOES Y and Z and for their Answer to Plaintiffs' First Amended Complaint [Doc. 44] do hereby admit and deny and affirmatively allege as follows as it pertains to them:

## JURISDICTION AND VENUE

1. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein.

2. Defendants deny the allegations contained therein.

3. Defendants admit the allegations contained therein.

4. Defendants admit the allegations contained therein.

## PARTIES

5. Defendant lacks sufficient information so as to presently admit or deny the allegations as contained therein.

6. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein.

7. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

8. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

9. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

10. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

11. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein.

12. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

13. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

14. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

15. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

16. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

17. Defendants admit Belles is a resident of Maricopa County and was a teacher and football coach and as far as they know did his job without any wrongdoing alleged. Defendants lack sufficient information as to the remainder of the allegations so as to admit or deny.

18. Defendants admit Defendant Palomarez is believed to be a resident of Maricopa County and was a teacher and football coach and as far as Defendants know did nothing wrong. Defendants cannot admit or deny the remaining allegations.

19. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

20. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

21. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

22. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

23. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

24. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

25. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

26. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

27. Defendants admit the allegations therein.

28. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

29. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

30. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

31. Defendants admit the allegations contained therein as to themselves.

32. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

33. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein. As far as these Defendants know there were no failed actions not taken that were required under the circumstances known to Defendants herein.

34. Defendant lacks sufficient information so as to presently admit or deny the allegations as contained therein except to admit that Defendant DOE Y was a student under the general supervision of his coaches but only to an extent and that neither he nor DOES Z were aware of any alleged acts committed against Plaintiffs and certainly not by them.

4

35. Defendants admit the allegations contained therein.

36. Defendants generally admit the allegations therein.

37. Defendant lacks sufficient information so as to presently admit or deny the allegations as contained therein.

38. Defendant lacks sufficient information so as to presently admit or deny the allegations as contained therein.

**FACTUAL ALLEGATIONS**

39. Defendants deny the allegations contained therein as it pertains to them.

40. Defendants are not aware of any such abuse alleged or where it may have occurred.

41. Defendants are not aware of any such acts alleged. Defendants deny DOE Y of participating in any such acts as alleged and demand strict proof thereof.

42. Defendants have no such knowledge of the allegations made therein

43. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

44. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

45. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

46. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein.

47. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

48. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

49. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

50. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

51. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

52. Defendants were not aware of any complaints and so deny the allegations therein.

53. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein. But, Defendants do not believe the allegation to be true.

54. Defendants generally deny the allegations therein. Defendant Y does remember Coach Belles emphasizing not to do sexual type things to each other as was purportedly done at another high school. Defendant Y did not participate or witness any such acts before or after this.

55. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein. These defendants were never aware of any such acts at the time and never participated in any such acts.

56. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

57. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

58. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

59. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

## COUNT I

## ALL PLAINTIFFS v. ALL DEFENDANTS

## VIOLATION OF PLAINTIFFS' CONSTITUTIONAL RIGHTS, SPECIFICALLY, 42 U.S.C. §1983 AND THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION

## DUE PROCESS

60. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

61. Defendants deny the allegations contained therein as they may pertain to them.

62. Defendants deny the allegations contained therein as they may pertain to them.

63. Defendants deny the allegations contained therein as they may pertain to them.

64. Defendants deny the allegations contained therein as they may pertain to them.

65. Defendants deny the allegations contained therein as they may pertain to them.

66. Defendants deny the allegations contained therein as they may pertain to them.

67. Defendants deny the allegations contained therein as they may pertain to them.

68. Defendants deny the allegations contained therein as they may pertain to them.

69. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein and insofar as the allegations are directed at them they deny them.

70. Defendants deny the allegations contained therein as they may pertain to them.

## COUNT II

## ALL PLAINTIFFS v. DEFENDANT SCHOOL DISTRICT

## VIOLATION OF PLAINTIFFS' CONSTITUTIONAL RIGHTS, SPECIFICALLY, 42 U.S.C. §1983 AND THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION

## MUNICIPAL LIABILITY

71. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

72. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

73. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

74. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

75. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

76. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

77. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

78. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

79. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

80. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

81. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

# COUNT III

## ALL PLAINTIFFS v. ALL DEFENDANTS
## VIOLATION OF PLAINTIFFS' CONSTITUTIONAL RIGHTS
## UNDER TITLE X

82. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

83. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

84. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

85. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein. As to these Defendants, again, all allegations of any misconduct or assault are flatly denied.

# COUNT IV

## ALL PLAINTIFFS v. INDIVIDUAL DEFENDANTS, K. JAMES, S. RUSTAD, S. BELLES, AND M. PALOMAREZ

## VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS, SPECIFICALLY, 42 U.S.C. §1983 AND THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION
## CONSPIRACY

86. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

87. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

88. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

89. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

90. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

91. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

92. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

93. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

94. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

95. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein. Defendants do not believe the allegation to be true despite not being directly involved due to the character of the persons these allegations are directed at.

96. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

97. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

## COUNT V

### ALL PLAINTIFFS v. ALL DEFENDANTS

### COMMON LAW FAILURE TO PROTECT

98. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

99. Defendants deny the allegations contained therein.

100. Defendants deny the allegations contained therein.

101. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

102. The allegations are denied to the extent they involve these Defendants and they are presently without sufficient information to respond as to others.

## COUNT VI

### ALL MINOR PLAINTIFFS v. ALL MINOR DEFENDANTS

### COMMON LAW ASSAULT

103. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

104. Defendants deny the allegations therein as it pertains to them.

105. Defendants deny the allegations contained therein as it pertains to them.

106. Defendants deny the allegations contained therein as it pertains to them.

## COUNT VII

### ALL MINOR PLAINTIFFS v. ALL DEFENDANTS

### COMMON LAW INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

107. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

108. Defendants deny the allegations contained therein as it pertains to them.

109. Defendants deny the allegation contained therein as they pertain to them.

110. Defendants deny the allegations contained therein as it pertains to them.

111. Defendants deny the allegations contained therein as it pertains to them.

112. Defendants deny the allegations contained therein as it pertains to them.

113. Defendants deny the allegations contained therein as it pertains to them.

## COUNT VIII

## ALL MINOR PLAINTIFFS v. ALL DEFENDANTS

## COMMON LAW NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

114. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

115. Defendants deny the allegations contained therein as it pertains to them.

116. Defendants deny the allegations contained therein as it pertains to them.

117. Defendants deny the allegations contained therein as it pertains to them.

118. Defendants deny the allegations contained therein as it pertains to them.

119. Defendants deny the allegations contained therein as it pertains to them.

## COUNT IX

## ALL PLAINTIFFS v. ALL DEFENDANTS

## COMMON LAW LOSS OF CONSORTIUM

120. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

121. Defendants deny the allegations contained therein.

122. Defendants deny the allegations contained therein.

123. Defendants deny the allegations contained therein.

124. Defendants deny the allegations contained therein.

## COUNT IX

## MINOR PLAINTIFFS v. INDIVIDUAL DEFENDANTS, K. JAMES, S. RUSTAD, S. BELLES, AND M. PALOMAREZ
## ARIZONA REVISED STATUTE 13-3620

## FAILURE TO REPORT; NEGLIGENCE PER SE

125. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

126. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

127. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

128. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

129. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

130. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

131. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

132. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

133. Defendants presently lack sufficient information so as to admit or deny the allegations as contained therein.

ANY ALLEGATIONS NOT EXPRESSLY ADMITTED HEREIN ARE HEREBY DENIED.

## **AFFIRMATIVE DEFENSES**

Defendants place Plaintiffs on notice that they may raise the following potential affirmative defenses based on the facts presently known: res judicata; failure to state a claim upon which relief may be granted; lack of compensable damages or ability to claim damages; failure to mitigate damages; estoppel/waiver; assumption of risk; contributory negligence; and all applicable affirmative defenses set forth in in Rule 8(c), Federal Rules of Civil Procedure.

Defendants reserve the right to raise and plead any affirmative defenses or avoidances, as such defenses or avoidances may come to light through discovery and disclosure in this action.

**WHEREFORE**, having fully answered Plaintiffs' Complaint, Defendants pray for relief as follows:

A. That Plaintiffs' Complaint be dismissed with prejudice and that Plaintiffs take nothing thereby;

B. For Defendants' reasonable attorneys' fees and costs incurred herein, pursuant to Rule 11, 42 U.S.C. §1988, A.R.S. § 12-349, A.R.S. § 12-341, or any other applicable authority; and

C. For such other relief as the Court may deem warranted and just under the circumstances.

**RESPECTFULLY SUBMITTED** this 12th day of July, 2018.

        **WILENCHIK & BARTNESS, P.C.**

        */s/ Dennis I. Wilenchik*
        Dennis I. Wilenchik, Esq.
        John "Jack" D. Wilenchik, Esq.
        Fabian Zazueta, Esq.
        The Wilenchik & Bartness Building
        2810 North Third Street
        Phoenix, Arizona 85004
        admin@wb-law.com
        *Attorneys for Defendants John Does Y and Z*

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38, Federal Rules of Civil Procedure, Defendants John Does Y and Z hereby demand a jury trial.

**RESPECTFULLY SUBMITTED** this 12th day of July, 2018.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
John "Jack" D. Wilenchik, Esq.
Fabian Zazueta, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendants John Does Y and Z*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.

I further certify that on the same date, this document and the Notice of Electronic Filing were automatically sent to the following, who is a registered participant of the CM/ECF System.

*/s/ Christine M. Ferreira*