**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

Steven J. Gross, Esq. (SBN 023921)
sgross@cavanaghlaw.com
Tel: (602) 322-4053
Fax: (602) 322-4103

Attorneys for Defendants
John Does U and V

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Does A through J,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Chandler Unified School Distirct; Hamilton High School; Kenneth James, A Single Man Individually and in his Representative Capacities as Former Principal for Hamilton High School and as an Employee of Chandler Unified School District; Shawn R. Rustad and Beth J. Rustad, husband and wife, Individually and in his Representative Capacities and as Former Athletic Director of Hamilton High School and as an Employee of Chandler Unified School District; Steven P. Belles and Kirsten Belles, husband and wife, Individually and in his Representative Capacities and as Former Head Football Coach and Teacher at Hamilton High School and as an Employee of Chandler Unified School District; Manuel A. Palomarez and Stephanie Palomarez, husband and wife, Individually and in his Representative Capacities as a Former Football Coach and Current Teacher at Hamilton High School and an Employee of | No. 18-CV-1485-PHX-SRB<br><br>**DEFENDANTS JOHN DOE U AND JOHN DOE V'S DEMAND FOR JURY TRIAL** |

Chandler Unified School District; John Does K through DD,

          Defendants.

Defendants John Doe U and John Doe V, by and through undersigned counsel, and pursuant to Rule 38, *Federal Rules of Civil Procedure,* hereby demand a trial by jury on all issues in the above-entitled action.

RESPECTFULLY SUBMITTED this 25th day of July, 2018.

          **THE CAVANAGH LAW FIRM, P.A.**

By:    /s/ Steve J. Gross
      Steven J. Gross
      1850 North Central Avenue, Suite 2400
      Phoenix, Arizona 85004
      Attorneys for Defendants John Does U and V

### CERTIFICATE OF SERVICE

I hereby certify that on 25th day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Daniel R. Raynak, Esq.
Daniel R. Raynak PC
2601 N. 16th Street
Phoenix, AZ 85006
danraynak@yahoo.com
Attorneys for Plaintiffs

Jody L. Broaddus, Esq.
Attorneys for Freedom Law Firm
3185 S. Price Road
Chandler, AZ 85248-3562
jody@attorneysforfreedom.com
Attorneys for Defendants
John Does U and V

David Pauole, Esq.
Wright Welker & Pauole
10429 S. 51st Street, Suite 285

| | |
|---|---|
| 1 | Phoenix, AZ 85044 |
| | dpauole@wwpfirm.com |
| 2 | Attorneys for Chandler Unified School |
| | District, Kenneth James, Shawn Rustad, |
| 3 | Beth Rusdad, Steven Belles, |
| | Kirsten Belles, Manuel Palomarez and |
| 4 | Stephanie Palomarez |
| 5 | |
| 6 | Katelyn Miller, Esq. |
| | Ardio Law |
| | 1839 E. Queen Creek Road, #1 |
| 7 | Chandler, AZ 85286 |
| | kate.miller@ardeolaw.com |
| 8 | Attorneys for John Does |
| | M and N |
| 9 | |
| | Dennis I. Wilenchik, Esq. |
| 10 | John D. Wilenchik, Esq. |
| | Wilenchik & Barness |
| 11 | 2810 North Third Street |
| | Phoenix, Arizona 85004 |
| 12 | diw@wb-law.com |
| | jackw@wb-law.com |
| 13 | Attorneys for Defendants |
| | John Does Y and Z |
| 14 | |
| 15 |     /s/ Adriana Garcia |