**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

Steven J. Gross, Esq. (SBN 023921)
sgross@cavanaghlaw.com
Tel: (602) 322-4053
Fax: (602) 322-4103

Attorneys for Defendants
John Does U and V

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| John Does A through J, | No. 18-CV-1485-PHX-SRB |
| Plaintiffs, | |
| vs. | **NOTICE OF PARTIAL SETTLEMENT** |
| Chandler Unified School District; Hamilton High School; Kenneth James, A Single Man Individually and in his Representative Capacities as Former Principal for Hamilton High School and as an Employee of Chandler Unified School District; Shawn R. Rustad and Beth J. Rustad, husband and wife, Individually and in his Representative Capacities and as Former Athletic Director of Hamilton High School and as an Employee of Chandler Unified School District; Steven P. Belles and Kirsten Belles, husband and wife, Individually and in his Representative Capacities and as Former Head Football Coach and Teacher at Hamilton High School and as an Employee of Chandler Unified School District; Manuel A. Palomarez and Stephanie Palomarez, husband and wife, Individually and in his Representative Capacities as a Former Football Coach and Current Teacher at Hamilton High School and an Employee of | |

| | |
|---|---|
| Chandler Unified School District; John Does K through DD, | |
| Defendants. | |

PLEASE TAKE NOTICE that the Defendants John Does U & V, by and through undersigned counsel and pursuant to Local Rule 40.2(d), *Federal Rules of Civil Procedure*, hereby advise that the above-entitled and numbered action has been settled as to Defendants John Does U & V ONLY. The necessary stipulation to dismiss this matter with prejudice will be filed with the Court within sixty (60) days. There are no remaining unsettled claims against Defendants John Does U & V.

RESPECTFULLY SUBMITTED this 6th day of August, 2018.

**THE CAVANAGH LAW FIRM, P.A.**

By: /s/ Steven J. Gross
Steven J. Gross
1850 North Central Avenue, Suite 2400
Phoenix, Arizona 85004
Attorneys for Defendants John Does U and V

**CERTIFICATE OF SERVICE**

I hereby certify that on 6th day of August, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Daniel R. Raynak, Esq.
Daniel R. Raynak PC
2601 N. 16th Street
Phoenix, AZ 85006
danraynak@yahoo.com
Attorneys for Plaintiffs

David Pauole, Esq.
Wright Welker & Pauole
10429 S. 51st Street, Suite 285
Phoenix, AZ 85044
dpauole@wwpfirm.com

Attorneys for Chandler Unified School District, Kenneth James, Shawn Rustad, Beth Rustad, Steven Belles, Kirsten Belles, Manuel Palomarez and Stephanie Palomarez

Dennis I. Wilenchik, Esq.
John D. Wilenchik, Esq.
Wilenchik & Barness
2810 North Third Street
Phoenix, Arizona 85004
diw@wb-law.com
jackw@wb-law.com
Attorneys for Defendants John Does Y and Z

   /s/ Adriana Garcia