# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe A-J, | No. CV-18-01485-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Chandler Unified School District, et al., | |
| Defendants. | |

Defendants John Does U and V having filed a Notice of Settlement (Doc. 54);

IT IS ORDERED that this matter will be dismissed with prejudice as to Defendants John Does U and V only within 60 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 7th day of August, 2018.

_____
Susan R. Bolton
United States District Judge