1. Taylor W. Tondevold, Esq. (No. 032996)
TONDEVOLD LAW, PLC
1635 N. Greenfield Road, Suite 138
Mesa, Arizona 85205
(480) 447-5357
taylor@tondevoldlaw.com

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JOHN DOES A through J, <br><br> Plaintiffs, <br><br> vs. <br><br> CHANDLER UNIFIED SCHOOL DISTRICT; KENNETH JAMES, A SINGLE MAN, INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITIES AS FORMER PRINCIPAL FOR HAMILTON HIGH SCHOOL AND AS AN EMPLOYEE OF CHANDLER UNIFIED SCHOOL DISTRICT; SHAWN R. RUSTAD AND BETH J. RUSTAD, HUSBAND AND WIFE, INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITIES AND AS FORMER ATHLETIC DIRECTOR OF HAMILTON HIGH SCHOOL AND AS AN EMPLOYEE OF CHANDLER UNIFIED SCHOOL DISTRICT; STEVEN P. BELLES AND KIRSTEN BELLS, HUSBAND AND WIFE, INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITIES AND | Case No.: 2:18-CV-01485-SRB <br><br> **ANSWER** <br><br> (Assigned to the Honorable Susan R. Bolton) <br><br> **JURY TRIAL DEMANDED** |

AS FORMER HEAD HEAD FOOTBALL COACH AND TEACHER AT HAMILTON HIGH SCHOOL AND AS AN EMPLOYEE OF CHANDLER UNIFIED SCHOOL DISTRICT; MANUEL A. PALOMAREZ AND STEPHANIE PALOMAREZ, HUSBAND AND WIFE, INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITIES AS A FORMER FOOTBALL COACH AND CURRENT TEACHER AT HAMILTON HIGH SCHOOL AND AN EMPLOYEE OF CHANDLER UNIFIED SCHOOL DISTRICT; JOHN DOES K THROUGH DD

Defendants.

COME NOW, Defendants John Does AA and BB ("Defendants"), by and through undersigned counsel, hereby file this Answer to Plaintiffs' Complaint and hereby admit, deny and affirmatively allege as follows as it pertains to them.

## **JURISDICTION AND VENUE**

1. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 1.

2. Defendants deny allegations contained in paragraph 2.

3. Defendants deny allegations contained in paragraph 3.

4. Defendants deny allegations contained in paragraph 4.

## **PARTIES**

5. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 5.

6. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 6.

7. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 7.

8. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 8.

9. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 9.

10. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 10.

11. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 11.

12. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 12.

13. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 13.

14. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 14.

15. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 15.

16. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 16.

17. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 17.

18. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 18.

19. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 19.

20. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 20.

21. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 21.

22. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 22.

23. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 23.

24. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 24.

25. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 25.

26. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 26.

27. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 27.

28. Defendants admit the allegations contained in paragraph 28.

29. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 29.

30. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 30.

31. Defendants deny the allegations contained in paragraph 31 as to themselves.

32. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 32.

33. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 33.

34. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 34.

35. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 35.

36. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 36.

37. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 37.

38. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 38.

## **FACTUAL ALLEGATIONS**

39. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 39.

40. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 40.

41. Defendants deny the allegations contained in paragraph 41 as to themselves.

42. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 42.

43. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 43.

44. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 44.

45. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 45.

46. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 46.

47. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 47.

48. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 48.

49. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 49.

50. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 50.

51. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 51.

52. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 52.

53. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 53.

54. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 54.

55. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 55.

56. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 56.

57. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 57.

58. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 58.

59. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 59.

## COUNT I:

## ALL PLAINTIFFS v. ALL DEFENDANTS

## VIOLATION OF PLAINTIFFS' CONSTITUTIONAL RIGHTS, SPECIFICALLY, 42 U.S.C §1983 AND THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION

## DUE PROCESS

60. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

61. Defendants deny the allegations contained in paragraph 61 as to themselves.

62. Defendants deny the allegations contained in paragraph 62 as to themselves.

63. Defendants deny the allegations contained in paragraph 63 as to themselves.

64. Defendants deny the allegations contained in paragraph 64 as to themselves.

65. Defendants deny the allegations contained in paragraph 65 as to themselves.

66. Defendants deny the allegations contained in paragraph 66 as to themselves.

67. Defendants deny the allegations contained in paragraph 67 as to themselves.

68. Defendants deny the allegations contained in paragraph 68 as to themselves.

69. Defendants deny the allegations contained in paragraph 69 as to themselves.

70. Defendants deny the allegations contained in paragraph 70 as to themselves.

## COUNT II:

## ALL PLAINTIFFS v. DEFENDANT SCHOOL DISTRICT

## VIOLATION OF PLAINTIFFS' CONSTITUTIONAL RIGHTS, SPECIFICALLY, 42 U.S.C. §1983 AND THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION

## MUNICIPAL LIABILITY

71. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

72. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 72.

73. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 73.

74. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 74.

75. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 75.

76. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 76.

77. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 77.

78. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 78.

79. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 79.

80. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 80.

81. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 81.

## JURY TRIAL DEMANDED

## COUNT III:

### ALL PLAINTIFFS v. DEFENDANT SCHOOL DISTRICT VIOLATION OF PLAINTIFFS' CONSTITUTIONAL RIGHTS UNDER TITLE IX

82. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

83. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 83.

84. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 84.

85. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 85.

## COUNT IV:

**ALL PLAINTIFFS v. DEFENDENTS, K. JAMES, S. RUSTAD, S. BELLES, AND M. PALOMAREZ**

**VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS, SPECIFICALLY, 42 U.S.C. §1983 AND THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION**
<u>**CONSPIRACY**</u>

86. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

87. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 87.

88. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 88.

89. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 89.

90. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 90.

91. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 91.

92. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 92.

93. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 93.

94. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 94.

95. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 95.

96. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 96.

97. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 97.

## COUNT V:

## ALL PLAINTIFFS v. ALL DEFENDENTS

## COMMON LAW FAILURE TO PROTECT

98. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

99. Defendants deny the allegations contained in paragraph 99.

100. Defendants deny the allegations contained in paragraph 100.

101. Defendants deny the allegations contained in paragraph 101.

102. Defendants deny the allegations contained in paragraph 102.

## COUNT VI:
## ALL MINOR PLAINTIFFS v. ALL MINOR DEFENDANTS

## COMMON LAW ASSAULT

103. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

104. Defendants deny the allegations contained in paragraph 104.

105. Defendants deny the allegations contained in paragraph 105.

106. Defendants deny the allegations contained in paragraph 106.

JURY TRIAL DEMANDED

## COUNT VII:
## ALL MINOR PLAINTIFFS v. ALL DEFENDANTS

## COMMON LAW INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

107. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

108. Defendants deny the allegations contained in paragraph 108.

109. Defendants deny the allegations contained in paragraph 109.

110. Defendants deny the allegations contained in paragraph 110.

111. Defendants deny the allegations contained in paragraph 111.

112. Defendants deny the allegations contained in paragraph 112.

113. Defendants deny the allegations contained in paragraph 113.

## COUNT VII:
## ALL MINOR PLAINTIFFS v. ALL DEFENDANTS
## COMMON LAW NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

114. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

115. Defendants deny the allegations contained in paragraph 115.

116. Defendants deny the allegations contained in paragraph 116.

117. Defendants deny the allegations contained in paragraph 117.

118. Defendants deny the allegations contained in paragraph 118.

119. Defendants deny the allegations contained in paragraph 119.

## COUNT IX:
## ALL PLAINTIFFS v. ALL DEFENDANTS

## COMMON LAW LOSS OF CONSORTIUM

120. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

121. Defendants deny the allegations contained in paragraph 121.

122. Defendants deny the allegations contained in paragraph 122.

123. Defendants deny the allegations contained in paragraph 123.

124. Defendants deny the allegations contained in paragraph 124.

## COUNT X:
## MINOR PLAINTIFFS v. INDIVIDUAL DEFENDANTS, K. JAMES, S. RUSTAD, S. BELLES, AND M. PALOMAREZ

## ARIZONA REVISED STATUTE 13-3620
## FAILURE TO REPORT; NEGLIGENCE PER SE

125. Defendants incorporate by reference all previous admissions, denials and affirmative allegations set forth above.

126. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 126.

127. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 127.

128. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 128.

129. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 129.

130. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 130.

131. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 131.

132. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 132.

133. Defendants lack sufficient information so as to presently admit or deny the allegations as contained therein, and therefore deny the allegations in paragraph 133.

## **AFFIRMATIVE DEFENSES**

1. For a first affirmative defense, Defendants allege that plaintiff's complaint fail to state a claim upon which relief may be granted.

2. For an additional affirmative defense, Defendants affirmatively allege that Plaintiff's claim and each and every portion thereof fails to set forth facts sufficient to constitute any viable cause of action against Defendants.

3. Defendants place Plaintiffs on notice that they may raise the following potential affirmative defenses based on facts presently known or discovered: res judicata, lack of ability to claim damages, failure to mitigate damages, estoppel, waiver, assumption of risk, contributory negligence, and any and all applicable affirmative defenses set forth in Rule 8(c), Federal Rules of Civil Procedure.

4. Defendants reserve the right to plead further affirmative defenses including, but not limited to, those affirmative defenses set forth in Rules 8(c) and 12(b), as may be justified by the facts determined during discovery.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

A. That Plaintiff take nothing and that the Court dismiss with prejudice the claims set forth in the Complaint;

B. That Defendants be awarded their attorneys' fees and litigation related expenses resulting from and incurred pursuant to Rule 11, A.R.S. § 12-349, A.R.S. § 12-341, or any other applicable authority;

C. That Defendants be awarded their costs; and

D. For such other relief as this Court deems just and proper.

Respectfully submitted on this 15th day of August 2018.

                TONDEVOLD LAW, PLC

                /s/ Taylor W. Tondevold
                Taylor W. Tondevold, Esq. (No. 032996)
                *Attorney for Plaintiff*

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38, Federal Rules of Civil Procedure, Defendants John Does AA and BB hereby demand a jury trial.

Respectfully submitted on this 15th day of August 2018.

                                        TONDEVOLD LAW, PLC

                                        /s/ Taylor W. Tondevold
                                        Taylor W. Tondevold, Esq. (No. 032996)
                                        *Attorney for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.

I hereby certify that on August 15, 2018, this document and the Notice of Electronic Filing were automatically sent to the following, who is a registered participant of the CM/ECF System:

Daniel R. Raynak
Daniel R. Raynak, P.C.
2601 North 16th Street
Phoenix, Arizona 85006
Phone: (602) 992-7776
Fax: (602) 992-7646
Email: danraynak@yahoo.com
*Attorney for Plaintiffs*

*/s/ Taylor W. Tondevold*