1  Matthew W. Wright (014104)
2  David K. Pauole (021965)
   WRIGHT WELKER & PAUOLE PLC
3  10429 South 51st Street, Suite 285
   Phoenix, AZ  85044
4  (480) 961-0040
5  mwright@wwpfirm.com
   dpauole@wwpfirm.com
6  Attorneys for Defendants Chandler Unified School District,
7  Kenneth James, Shawn Rustad, Beth Rustad, Steven Belles,
   Kirsten Belles, Manuel Palomarez, and Stephanie Palomarez
8

9                 IN THE UNITED STATES DISTRICT COURT
10
11                    FOR THE DISTRICT OF ARIZONA

12  John Does A through J,                    No. CV-18-01485-PHX-SRB
13
                    Plaintiffs,
14                                            **Joint Report on Settlement Talks**
    v.
15
16  Chandler Unified School District, et al.,  (Assigned to the Honorable
17                                              Susan R. Bolton)
                    Defendants.
18

19      **Defendants' Statement**
20
21          The Court's Case Management Order directed the parties to "meet in person and
22  engage in good faith settlement talks no later than April 8, 2019."
23          Plaintiffs refuse to participate in private mediation. So defendant Chandler Unified
24
25  School District filed a motion for referral to magistrate judge for settlement conference.
26  The Court granted the motion and referred the matter to Magistrate Judge Michelle H.
27  Burns for the purpose of conducting a settlement conference. Judge Burns set the
28

settlement conference for March 19, but vacated it on March 13 because plaintiffs claimed it would be futile.

**Plaintiffs' Statement**

Plaintiffs' position was that a settlement conference, at this juncture was premature, based on the following:

1.  Plaintiffs believe that counsel for the School District and the School District Defendants has a conflict of interest that needs to be resolved prior to meaningful settlement negotiations being held. Information is being gathered and a motion concerning this conflict is expected to be filed soon.

2.  Plaintiffs believed that meaningful settlement discussions could have been held with the other Defendants but that it made more sense to have it all done at once in the interest of expense and time.

DATED this 10th day of April, 2019.

WRIGHT WELKER & PAUOLE PLC


By   /s/ David K. Pauole
     Matthew W. Wright
     David K. Pauole
     10429 South 51st Street, Suite 285
     Phoenix, AZ  85044
     Attorneys for Defendants Chandler Unified
     School District, Kenneth James, Shawn
     Rustad, Beth Rustad, Steven Belles, Kirsten
     Belles, Manuel Palomarez, and Stephanie
     Palomarez

1    DATED this 10th day of April, 2019.

2                                    DANIEL R. RAYNAK, PC

3

4                                    By__/s/ Daniel R. Raynak [*with permission*]
5                                       Daniel R. Raynak
                                        2601 North 16th Street
6                                       Phoenix, AZ 85006
7                                       Attorneys for Plaintiffs

8

9    DATED this 10th day of April, 2019.

10                                   TONDEVOLD LAW, PLC

11

12                                   By__/s/ Taylor W. Tondevold [*with permission*]
13                                      Taylor W. Tondevold
                                        1638 North Greenfield Road, Suite 138
14                                      Mesa, AZ  85205
15                                      Attorneys for Johns Does AA and BB

16

17   DATED this 10th day of April, 2019.

18                                   THE ARDEO LAW GROUP, PLLC

19

20                                   By__/s/ Kate Miller [*with permission*]
21                                      Kate Miller
                                        1752 West Redfield Road
22                                      Gilbert, AZ  85233
23                                      Attorney for Defendants Lassiter

24

25

26

27

28

                                        3

DATED this 10th day of April, 2019.

  /s/ Jana Dawson [*with permission*]
Jana Dawson
1850 South Westwood, Unit 14
Mesa, AZ  85210
Parent of Defendant John Doe W

DATED this10th  day of April, 2019.

  /s/ Virginia Guerrero [*with permission*]
Virginia Guerrero
2295 East Cherry Hills Place
Chandler, AZ  85249
Parent of Defendant John Doe Q

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPIES mailed to:

The Honorable Susan R. Bolton
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, AZ  85003

  /s/ Cindy M. Opsahl
6927-1322-24, 32, 33

4